Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E Bonneville Ave Suite #505
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
SUSAN M. MITCHELL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN M. MITCHELL | ) Case No.: 2:19-cv-00903-JAD-EJY |
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER EXTENDING |
| | ) BRIEFING SCHEDULE |
| Andrew Saul, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 9, 2019, in which to file Plaintiff's motion for reversal

-1-

and/or remand; and that all other deadlines set forth in the October 3, 2019 Case

Management Order shall be extended accordingly. IT IS SO ORDERED.

DATED: November 8, 2019

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE