1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar No. 13644

3  CAROLYN B. CHEN, C.S.B.N. 256628
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, CA 94105
5  Telephone: (415) 977-8956
   Facsimile: (415) 744-0134
6  Carolyn.Chen@ssa.gov

7  Attorneys for Defendant

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10
   SUSAN MITCHELL,                        )
11                                         )
            Plaintiff,                     )      Case No. 2:19-cv-00903-JAD-EJY
12                                         )
            v.                             )   **STIPULATION AND ~~PROPOSED~~ ORDER**
13                                         )      **FOR EXTENSION OF TIME FOR**
   ANDREW SAUL,[1]                         )   **DEFENDANT TO FILE OPPOSITION TO**
14 Commissioner of Social Security,        )      **PLAINTIFF'S MOTION FOR REMAND**
                                           )
15          Defendant.                     )
                                           )
16

17         IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel of record, that Defendant shall have an extension of time of 35 days to file his opposition

19 to Plaintiff's motion for remand, from January 9, 2020, to February 13, 2020.

20         This is the second continuance in this case and the first continuance sought by Defendant.

21 There is good cause for this request. Around the time of filing of Plaintiff's opening motion for

22 remand or reversal, Defendant's counsel had multiple unanticipated district court matters and

23 substantive non-court matters arise and require immediate attention, some of which required

24 involved time-sensitive and ongoing settlement negotiations. Furthermore, on and around the

25 ─────────────────────
   [1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a
26 party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42
   U.S.C. § 405 (g) (action survives regardless of any change in the person occupying the office of
   Commissioner of Social Security).

                                        -1-

original due date of January 9, 2020, counsel has competing deadlines of at least six district court matters, along with other substantive non-court matters, within the week. Furthermore, Counsel also has at least 15 district court matters scheduled between January 9, 2020, to February 13, 2020, some of which have been previously extended by other plaintiffs or Defendant. Additional time is required to review the record in this case, to evaluate the issues raised in Plaintiff's opening motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.

Thus, Defendant is respectfully requesting that, with this Court's approval, the Court's scheduling order shall be extended by 35 days, so that Defendant may file his opposition to Plaintiff's motion for remand on or before February 13, 2020. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Dated: December 18, 2019      LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Cyrus Safa
(as authorized via e-mail on 12/16/2019)
CYRUS SAFA
Attorneys for Plaintiff

Dated: December 18, 2019      NICHOLAS A. TRUTANICH
United States Attorney

/s/ Carolyn B. Chen
CAROLYN B. CHEN
Special Assistant United States Attorney

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2019

HON. ELAYNA J. YOUCHAH
UNITED STATE MAGISTRATE JUDGE

-2-